IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARSHALL CLIFT, et al.,**

**Plaintiffs,**

v.

**MEADOWBROOK FARMS COOPERATIVE,**

**Defendant.**                                                              No. 07-CV-559-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

      Now before the Court is a Stipulation for Dismissal (Doc. 40). Thirty-five of the 37 Plaintiffs and Defendant have entered into settlement agreements and agreed to dismiss this matter with prejudice. The parties also stipulate and agree that the instant action shall remain pending as to Plaintiffs Lone Willow USA and Marshall Clift and Defendant Meadowbrook Farms Cooperative. The Stipulation for Dismissal having been executed by counsel for the 35 Plaintiffs who have entered into settlement agreements with Defendant and Defendant's counsel and filed with this Court (Doc. 40), **IT IS ORDERED** that this action is hereby dismissed with prejudice as to the 35 Plaintiffs named in the Stipulation for Dismissal. Each party to bear its own costs. This action shall remain pending as to Plaintiffs Lone Willow USA and

Marshall Clift and Defendant Meadowbrook Farms Cooperative.

**IT IS SO ORDERED.**

Signed this 21st day of September, 2007.

/s/     DavidRHerndon
**United States District Judge**
