IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARSHALL CLIFT, et al.,**

**Plaintiffs,**

**v.**

**MEADOWBROOK FARMS COOPERATIVE,**

**Defendant.**                                              **No. 07-CV-559-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

  Now before the Court is a Stipulation of Partial Dismissal (Doc. 45). Plaintiff Lone Willow USA and Defendant Meadowbrook Farms Cooperative have entered into a settlement agreement.  The Stipulation for Dismissal having been executed by counsel for Lone Willow USA and Defendant's counsel and filed with this Court (Doc. 45), **IT IS ORDERED** that this action is hereby dismissed with prejudice as to Lone Willow USA and Meadowbrook Farms Cooperative.  Each party to bear its own costs.  This action shall remain pending as to Plaintiff Marshall Clift and Defendant Meadowbrook Farms Cooperative.

  **IT IS SO ORDERED.**

  Signed this 24th day of September, 2007.

                   /s/     DavidRHerndon
                   **United States District Judge**