IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARSHALL CLIFT,**

**Plaintiff,**

**v.**

**MEADOWBROOK FARMS COOPERATIVE,**

**Defendant.**                                                         **No. 07-CV-559-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is Defendant Meadowbrook Farms Cooperative's motion and supplementary motion to stay Counts I and II of Plaintiffs' second amended complaint. (Docs. 17, 22.) Specifically, Defendant moves the Court to stay these counts pending adjudication of identical claims in state court in St. Clair County, Illinois. As of this date, Plaintiff Marshall Clift has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Defendant's motion and supplementary motion to stay Counts I and II of the second amended complaint. (Docs. 17,22.) The Court **STAYS** this matter pending the adjudication

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.

of the identical claims in state court in St. Clair County, Illinois.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**