**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MARSHALL CLIFT, et al.,**

**Plaintiffs,**

**v.**

**MEADOWBROOK FARMS COOPERATIVE,**

**Defendant.**                                             **No. 07-CV-559-DRH**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is a Stipulation for Dismissal (Doc. 55). The Stipulation for Dismissal having been executed by counsel for Marshall Clift and Defendant's counsel and filed with this Court (Doc. 55), **IT IS ORDERED** that this action is hereby dismissed with prejudice as to Marshall Clift. Each party to bear its own costs. All parties and claims have now been dismissed with prejudice. Therefore, this entire matter is dismissed and the case is closed. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 31st day of July, 2008.

/s/      *David R Herndon*
**Chief Judge**
**United States District Court**